AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND, et al.

CASE NUMBER: 17-C-154

V.

ASSIGNED JUDGE: Ronald A. Guzman

TNT LANDSCAPE CONSTRUCTION INC.,
d/b/a TNT CONSTRUCTION, INC., and
NICHOLAS KROCKERT

DESIGNATED
MAGISTRATE JUDGE: Mary M. Rowland

TO: (Name and address of Defendant)

TNT LANDSCAPE CONSTRUCTION INC.
c/o Nicholas Krockert, President/Secretary/Registered Agent
847 S. Randall Rd., #334
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGES, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, ___twenty one (21)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Paul_ (signature)

(By) DEPUTY CLERK



January 12, 2017

DATE

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number **17C154**

**CENTRAL LABORERS PENSION FUND**

v.

**TNT LANDSCAPE CONSTRUCTION INC**

**I, KEITH BOCKELMANN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## NON-SERVICE

DEFENDANT NAME **TNT LANDSCAPE CONSTRUCTION INC**

I HAVE ATTEMPTED TO SERVE **SUMMONS AND COMPLAINT**

AT THE LOCATION **847 S Randall Rd, #334, Elgin, Illinois 60123**

BEING A **STORE FRONT**

ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE

Attempts were made at the following dates and times:

Date of Last Attempt **01/18/2017 8:41 AM**

The service address is a print and business services address. There are mailboxes available for rental and delivery of mail only. The Number 334 refers to a mailbox number and the business entity has or has had a mailbox at this service location for delivery of mail only. Bad address. Unable to serve.

KEITH BOCKELMANN — 1/18/2017
**Special Process Server** — 129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

KEITH BOCKELMANN — 1/18/2017

Total: **$60.00**

*6527A*

Law Firm ID: **DALEY AND GEORGES, LTD.**   Client Case ID:   **TOTH,RICHARD**   Case Return Date: **02/16/2017**



**Stern Process & Investigation, LLC**
4645 N Rockwell, 1st Floor, Chicago, IL 60625
Phone: (312) 853-2150     Fax: (773) 754-0709

MAUREEN LEICK
DALEY AND GEORGES, LTD.
20 SOUTH CLARK STREET, SUITE 400
CHICAGO, IL, 60603    Telephone: (312) 726-8797    Fax: (312) 726-8819

## Invoice# 6527
## Date of Invoice: 01/18/2017

**Plaintiff:** CENTRAL LABORERS PENSION FUND
**Case Number:** 17C154        **Firm #:** TOTH,RICHARD     **Return Date:** 02/16/2017
**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
**Process Server:** KEITH BOCKELMANN
**Process Type:** SUMMONS AND COMPLAINT

| Defendant: #1 | TNT LANDSCAPE CONSTRUCTION INC | | | Type Of Service: | NON-SERVICE |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service: | 01/18/2017 8:41 AM |
| Sex | Age | Height | Build | Hair Color | Race |

Type Of Premise: STORE FRONT

**Location:**    847 S Randall Rd #334 ,Elgin, Illinois, 60123

| Bad Address | Total |
|---|---|
| $60.00 | $60.00 |

|  | |
|---|---|
| Total | $60.00 |
| Amount Received | $0.00 |
| **Balance Due** | **$60.00** |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
PAYABLE UPON RECEIPT, 2% PER MONTH